LAW OFFICES
UDALL, SHUMWAY & LYONS, P.L.C.
30 WEST FIRST STREET
MESA, ARIZONA 85201-6695
Telephone: (480)461-5300
Fax:  (480)833-9392

Bradley D. Gardner - # 011211
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| KIMBERLY N. THOMPSON, a married woman, | CASE NO.:  CV-09-01110-DKD |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA** |
| HANDS ON INC., an Arizona corporation; and CHAMPION COLLEGE SOLUTIONS, L.L.C., an Arizona limited liability corporation | |
| Defendants. | |

Counsel for Plaintiff hereby gives notice to this court that the Complaint in this matter filed on May 26, 2009, was filed without counsel's electronic signature.  A copy of the Complaint with the corrected signature page is attached hereto as Exhibit A.

DATED: May 27, 2009.

               UDALL, SHUMWAY & LYONS, P.L.C.

               By  /s/ Bradley D. Gardner
                  Bradley D. Gardner
                  30 West First Street
                  Mesa, AZ  85201
                  Attorneys for Plaintiff